UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTSIDE GROWTH AND OPPORTUNITY )
FUND,                          )
                               )    Case No. 07-CV-5582
         Plaintiff,            )    ECF Case
                               )
    v.                         )    **Rule 7.1 Statement**
                               )
EARTH BIOFUELS, INC.           )
                               )
         Defendant.            )

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Portside Growth and Opportunity Fund (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED: June 7, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: _____
     A. Brent Truitt (AT-3799)
245 Park Avenue
39th Floor
New York, New York 10167
(212) 672-1966

Attorneys for
Plaintiff Portside Growth and Opportunity Fund