# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

Portside Growth and Opportunity Fund

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **07 CIV 5582**

Earth Biofuels, Inc.

TO: (Name and address of defendant)

Earth Biofuels, Inc.
3001 Knox Street, Suite 403
Dallas, TX 75205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: 212-672-1966

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

JUN 0 8 2007

DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| HENNIGAN, BENNETT & DORMAN LLP<br>865 S. FIGUEROA STREET, # 2900<br>LOS ANGELES, CA 90017 | (213) 694-1200 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>EBOF | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT

, NY

PLAINTIFF:
PORTSIDE GROWTH

DEFENDANT:
EARTH BIOFUELS, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>07CV5582 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons & Complaint; 7.1 Statement; 3rd Amended Instructions; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing; Individual Practices of Judge Daniels

ON: EARTH BIOFUELS, INC.

AT: 3001 KNOX ST., # 403
DALLAS, TX 75205

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
DARREN MILES - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

ON: 06/14/2007
AT: 10:07 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 155.00
County:
Registration No.:
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 19, 2007.

Signature: _____
Lee E. Russell

PROOF OF SERVICE

Order #: 1200152/GPProd30