## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing **Notice of Motion for Summary Judgment** was served on June 29, 2007, via First Class U.S. Mail to:

Earth Biofuels, Inc.
3001 Knox Street, Suite 403
Dallas, TX 75205


_/s/ Kevin Floyd_
Kevin Floyd