# EXHIBIT E

# PORTSIDE GROWTH AND OPPORTUNITY FUND

October 31, 2006

**VIA FACSMILE, E-MAIL
AND OVERNIGHT COURIER**

Earth Biofuels, Inc.
3001 Knox Street, Suite 403
Dallas, Texas
Facsimile: (214) 389-9800
Attention: Dennis McLaughlin

cc: Board of Directors

   Re:  <u>Event of Default Notice and Event of Default Redemption Notice</u>

Ladies and Gentlemen:

Reference is hereby made to (i) the Earth Biofuels, Inc. (the "Company") Senior
Convertible Note issued July 24, 2006 to Portside Growth and Opportunity Fund
("Portside") in the principal amount of $2,000,000 (the "Note") pursuant to the Securities
Purchase Agreement, dated as of July 24, 2006 (the "Securities Purchase Agreement"),
by and among the Company, Portside, as a buyer, and the other buyers named therein, (ii)
the Registration Rights Agreement, dated as of July 24, 2006 (the "Registration Rights
Agreement"), by and among the Company, Portside, as a buyer, and the other buyers
listed on the signature pages thereto and (iii) the Schedule 13D, dated as of July 20, 2006
and filed by Greenwich Power II, L.L.C. ("Greenwich Power II"), Greenwich Power,
L.L.C. ("Greenwich Power") and Lance A. Bakrow ("Mr. Bakrow", and together with
Greenwich Power II and Greenwich Power, the "Greenwich Power Parties") on August
4, 2006 (the "Greenwich Power 13D"). Capitalized terms used but not defined herein
have the meanings given to those terms in the Note.

On September 8, 2006, Portside delivered an Event of Default Notice and Event of
Default Redemption Notice to the Company. A copy of that Event of Default Notice is
attached hereto and is incorporated herein by reference.

On October 17, 2006, Portside delivered an Event of Default Notice and Event of Default
Redemption Notice to the Company relating to the failure of the Company to pay interest
on the Notes to Portside. A copy of that Event of Default Notice is attached hereto and is
incorporated herein by reference.

# PORTSIDE GROWTH AND OPPORTUNITY FUND

Portside has still not received the interest owed by the Company to Portside with respect to the Note and the Company has failed to redeem the Notes pursuant to the Event of Default Redemption Notice Portside delivered to the Company on September 8, 2006 and October 17 2006.

Portside is hereby reasserting the Events of Default set forth in the September 8, 2006 and October 17, 2006 Event of Default Notices.

Furthermore, Item 2.04 of Form 8-K requires disclosure within four business days of a triggering event causing the increase or acceleration of a direct financial obligation of the registrant occurs and the consequences of the event, taking into account those described in paragraph (a)(4) of Item 2.04, are material to the registrant.

The Event of Default Notices delivered to the Company by Portside on September 8, 2006 and October 17, 2006 and the acceleration of the indebtedness under the Notes constituted triggering events requiring disclosure under item 2.04 of Form 8-K. The Company's failure to disclose these triggering events constitutes a material breach of the Company's covenants under the Securities Purchase Agreement.

Specifically, under Section 4(c) of the Securities Purchase Agreement, the Company agreed that

> [u]ntil the date on which the Investors (as defined in the Registration Rights Agreement) shall have sold all the Conversion Shares and Warrant Shares and none of the Notes or Warrants is outstanding (the "**Reporting Period**"), the Company shall file all reports required to be filed with the SEC pursuant to the 1934 Act, and the Company shall not terminate its status as an issuer required to file reports under the 1934 Act even if the 1934 Act or the rules and regulations thereunder would otherwise permit such termination.

**Event of Default under Note**

Under Section 4(a)(x) of the Note, an Event of Default occurs if

> the Company breaches any representation, warranty, covenant or other term or condition of any Transaction Document, which breach has or is likely to have a cost or adverse impact on the Company or the Holders (including by reduction in the value of the shares of Common Stock deliverable in connection with the Transaction Documents) in excess of $250,000, except, in the case of a breach of a covenant or other term or condition of any Transaction Document which is curable, only if such breach continues for a period of at least ten (10) consecutive Business Days.

 **PORT IDE GROWTH AND OPPORTUNITY FUND**

The Compa ıy's material breach of the covenant set forth in Section 4(c) of the Securities Purchase A ɉreement, the expected adverse cost or adverse impact of that breach and the fact that suɉh breach has continued for at least 10 Business Days from September 8, 2006 constitutes ɉn Event of Default under the Note.

Accordingl ɉ and in addition to the outstanding Event of Default identified by Portside in its Septemb ɉr 8, 2006 Event of Default Notice to the Company, Portside is hereby delivering t ɉis written Event of Default Notice to the Company, as required by Section 4(b) of the ɉote, to provide notice to the Company that an Event of Default has occurred. Pursuant to Section 2 of the Note, from and after an Event of Default, the Interest Rate (as defined ɉn the Note) increases to fifteen percent (15%). Pursuant to Portside's September ɉ, 2006 Event of Default Notice to the Company, Interest has already been accruing at ɉ rate of 15% from July 24, 2006.

Event of Dɉfault Redemption Notice

Portside is ɉereby delivering this written Event of Default Redemption Notice (as defined in the Noɉ) to the Company, as permitted under Section 4(b) of the Note, to provide notice to thɉ Company that Portside is hereby requiring the Company to redeem all of the Note at the Event of Default Redemption Price (as defined in the Note).

The Event ɉf Default Redemption Price shall be calculated in accordance with Section 4(b)(i) of tɉe Note, and shall be the greater of (i) product of the sum of the Conversion Amount to be redeemed together with accrued and unpaid Interest with respect to such Conversior Amount and accrued and unpaid Late Charges being redeemed and a Redemptioɉ Premium of 120% and (ii) the product of the Conversion Rate with respect to the Conɉersion Amount together with accrued and unpaid Interest with respect to such Conversior Amount being redeemed and unpaid Late Charges with respect to such Coɉversion Amount and Interest in effect at such time as the Holder delivers an Event of Dɉfault Redemption Notice and the product of (1) the Equity Value Redemption Premium (ɉ15%) and (2) the greater of (x) the Closing Sale Price of the Common Stock on the datɉ immediately after such Event of Default, (y) the Closing Sale Price of the Common Sɉock on the date immediately after such Event of Default and (z) the Closing Sale Price ɉf the Common Stock on the date the Holder delivers the Event of Default Redemptioɉ Notice.

As of the date hereof, the Conversion Amount includes $2,000,000 in respect of outstandinɉ principal balance on the Note plus any and all accrued and unpaid interest and late chɉrges which have accrued to date. For the avoidance of doubt, the Conversion Amount shɉll include, as of the date of actual payment by the Company, any additional unpaid inteɉest and late charges which have accrued from the date hereof through such actual payɉent date.

As of Ocɉober 31, 2006, the applicable Event of Default Redemption Price is $2,499,00ɉ 00.

 **PORTSIDE GROWTH AND OPPORTUNITY FUND**

*The Company is hereby instructed to immediately wire the Event of Default Redemption Price to the bank account set forth in __Schedule 1__ to this letter.*

We hereby reserve all rights available to us under the Note, the Securities Purchase Agreement, the Registration Rights Agreement and any other document entered into in connection with the foregoing.

Sincerely,

PORTSIDE GROWTH AND OPPORTUNITY FUND

By: _____

     Jeffrey C. Smith
     Authorized Signatory

cc :    Roger A. Crabb, Esq., Scheef & Stone, LLP (fax – (214) 706-4242)

         <u>Board of Directors</u>
         Tommy Johnson
         Bruce Blackwell
         Morgan Freeman
         Bill Luckett
         Willie Nelson

 **PORTSIDE GROWTH AND OPPORTUNITY FUND**

<u>Schedule I</u>

**Bank Account for payment of Event of Default Redemption Price**

JP Morgan Chase
1 Chase Manhattan Plaza
New York, NY 10081
ABA #: 021-000-021
FBO Citigroup Global Markets Inc. Prime Brokerage
Account #: 066-645-646
FFC: Portside Growth & Opportunity Fund
A/C # 522-39607-2-4