## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **Declaration of Marc Baum in Support of Portside Growth and Opportunity Fund's Motion for Summary Judgment** was served on June 29, 2007, via First Class U.S. Mail to:

**Earth Biofuels, Inc.**
3001 Knox Street, Suite 403
Dallas, TX 75205

                                         */s/ Kevin Floyd*
                                         Kevin Floyd