**HENNIGAN, BENNETT & DORMAN LLP**
Bruce Bennett (BB-1152) (not admitted in N.Y.)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

**HENNIGAN, BENNETT & DORMAN LLP**
A. Brent Truitt (AT-3799)
245 Park Avenue, Suite 3962
New York, New York 10167
Telephone:    (212) 672-1966
Facsimile:    (212) 672-1965

*Attorneys for Portside Growth and Opportunity Fund*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTSIDE GROWTH AND OPPORTUNITY FUND, <br><br> Plaintiff, <br><br> v. <br><br> EARTH BIOFUELS, INC. <br><br> Defendants. | Case No. 07-cv-5582 (GBD) <br><br> ECF Case |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the **Notice of Assignment** was served on July 2, 2007, via First Class U.S. Mail to:

Daniel I. Goldberg, Esq.
Salon Marrow Dyckman Newman & Broudy, LLP
292 Madison Avenue
New York, New York 10017

Dated: July 2, 2007

                                                Kevin Floyd