**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

Evolution Master Fund Ltd. SPC, Segregated Portfolio M,

        Plaintiff,

     -against-

Earth Biofuels, Inc.,

        Defendant.

07 CV 2279 (GBD)

ORDER

------------------------------------ x

Radcliffe SPC, Ltd.,

        Plaintiff,

     -against-

Earth Biofuels, Inc.,

       Defendant.

07 CV 2400 (GBD)

ORDER

------------------------------------ x

Portside Growth and Opportunity,

        Plaintiff,

     -against-

Earth Biofuels, Inc.,

       Defendant.

07 CV 5582 (GBD)

ORDER

------------------------------------ x

GEORGE B. DANIELS, District Judge:

    It is hereby ordered that all parties in the above-captioned cases are directed to attend a conference scheduled for July 25, 2007 at 9:30am in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street.

The briefing schedules of all motions in the above-captioned cases are stayed until then.

Dated: July 13, 2007

New York, New York3 2007
JUL

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge