

FROM : A. Brent Truitt                PHONE NO. : 845 586 5122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTSIDE GROWTH AND OPPORTUNITY FUND,

        Plaintiff,

-against-        1:07-cv-5582-GBD

EARTH BIOFUELS, INC.,

        Defendant.

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Portside Growth and Opportunity Fund ("Portside"), and Defendant Earth Biofuels, Inc. ("Earth Biofuels") have agreed to dismiss all claims pending in this litigation without prejudice with each party (except as they may have otherwise agreed in writing) to bear its own costs and attorneys' fees. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully request that this Court enter an order dismissing this case in its entirety without prejudice.

Date: New York, New York
   January 17, 2008

Respectfully submitted,

By _____
A. Brent Truitt (AT-3799)
HENNIGAN, BENNETT & DORMAN LLP
245 Park Avenue, Suite 3962
New York, New York 10167
(212) 672-1966
Attorneys for Plaintiff Portside Growth and Opportunity Fund

By _____
Daniel I. Goldberg (DG-5745)
SALON MARROW DYCKMAN NEWMAN & BROUDY, LLP
292 Madison Avenue
New York, New York 10017
(212) 661-7100
Counsel for Defendant Earth Biofuels, Inc.

IT IS SO ORDERED this 4 day of February, 2008.  FEB 0 5 2008

_____
U.S. District Court Judge